**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SA Recycling LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HD Recycling #3 LLC,<br><br>　　　　　Defendant. | No. CV-15-01000-PHX-PGR<br><br>ORDER |

On July 14, 2015, the Court entered an Order (Doc. 18) wherein it in part dismissed the complaint in this action for lack of subject matter jurisdiction and directed the plaintiff to file an amended complaint properly stating a jurisdictional basis for this action by August 10, 2015. The Court informed the plaintiff in that Order that this action was subject to being dismissed for lack of subject matter jurisdiction if the amended complaint was not timely filed. On August 7, 2015, the plaintiff filed a Notice of State Court Filing (Doc. 19), wherein it stated that it did not intend to file the required amended complaint.[1] Therefore,

---

[1] While the body of the notice stated nothing about any state court filing notwithstanding the title of the document, it is the Court's understanding that the plaintiff re-filed its complaint as a state court action on July 23, 2015 in the Maricopa County Superior Court as No. CV2015-009599.

1   IT IS ORDERED that this action is dismissed for lack of subject matter jurisdiction in conformance with the Court's Order (Doc. 18), entered on July 14, 2015.[2]

DATED this 10th day of August, 2015.

Paul G. Rosenblatt
United States District Judge

---

[2] The Court notes that the plaintiff's counsel should more appropriately have filed a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) rather than forcing the Court to waste judicial resources by having to enter this Order.